

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

April 14, 2015

The Honorable Dana DeBeauvoir
Civil County Clerk
Travis County Clerk's Office
P. O. Box 149325
Austin, TX 78714
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    03-15-00119-CV
        Trial Court Case Number:    C-1-CV-15-000342

Style:   Patrick Quigley
         v. Jeffrey Langle

Dear Honorable Dana DeBeauvoir:

Your letter regarding preparation of the clerk's record was received in this Court on **March 13, 2014**. This Court will expect the clerk's record to be filed on or before **April 24, 2015**.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Chris Knowles*

Chris Knowles, Deputy Clerk

RECEIVED

APR 3 0 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

cc:     Jeffrey Langle
        Patrick Quigley



42 CQU-S3B 78669

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 78711254747 *0893-08758-26-38
NIXIE 787 DE 1 0000 0004/26/15

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

PATRICK QUIGLEY
4114 MANANA MOUNTAIN CIRCLE
SPICEWOOD, TX 78669

RECEIVED
APR 30 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

UNITED STATES POSTAGE
PITNEY BOWES
02 1R $ 00.406
0002003152 APR 15 2015
MAILED FROM ZIP CODE 78701